## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR POLANCO-CABRERA, | : |
| Plaintiff, | : Civ. No. 15-6357 (RBK) (KMW) |
| v. | : |
| UNITED STATES OF AMERICA, et al., | : **OPINION** |
| Defendants. | : |

### ROBERT B. KUGLER, U.S.D.J.

#### I.    INTRODUCTION

Plaintiff is a federal prisoner currently incarcerated at F.C.I. Fort Dix in Fort Dix, New

Jersey. He is proceeding *pro se* with a civil rights complaint filed pursuant to *Bivens v. Six*

*Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Previously, this matter was

transferred to the United States District Court for the Middle District of Florida and closed in this

Court. Presently pending before this Court is plaintiff's motion for a writ of mandamus. (*See*

Dkt. No. 11) Accordingly, this Court will reopen this action so that petitioner's motion can be

ruled upon. For the following reasons, the motion for writ of mandamus will be denied.

#### II.    BACKGROUND

On October 13, 2015, this Court granted plaintiff's application to proceed *in forma*

*pauperis* in this case. This action was then transferred to the Middle District of Florida because

the defendants named resided in the Middle District of Florida and the events giving rise to his

allegations in the complaint also took place in the Middle District of Florida. There were no

allegations in the complaint (besides plaintiff's currently place of incarceration) that took place

in New Jersey. Accordingly, the matter was transferred.

Several months later, this Court received a motion for writ of mandamus from plaintiff. In that motion, he indicates that he is improperly being charged a filing fee by both this Court and the Middle District of Florida for the same proceeding. Thus, according to plaintiff, he is currently paying filing fees for one civil action, in two courts. He requests this Court order the Federal Bureau of Prisons to discontinue garnishment from his institutional pay.

## III. DISCUSSION

Under 28 U.S.C. § 1361, a district court has "jurisdiction over a mandamus action to compel an employee of the United States to perform a duty owed to the plaintiff." *Taylor v. Hayman*, 435 F. App'x 62, 63 (3d Cir. 2011). In this case, plaintiff asserts that the duty that is owed to him is to not be charged by both this Court and the Middle District of Florida for the same filing fee.

Petitioner is incorrect in asserting that he is being charged twice for the same filing fee by this Court and the Middle District of Florida. Prior to this Court transferring this action to the Middle District of Florida, plaintiff had a pending civil action in the Middle District of Florida. (*See* M.D. Fl. Civ. No. 15-0388) The Middle District of Florida granted plaintiff's application to proceed *in forma pauperis* in that case on September 22, 2015. (*See* M.D. Fl. Civ. No. 15-0388 Dkt. No. 6) The case inquiry report from the Middle District of Florida in Civ. No. 15-0388, which is attached to this Opinion, indicates that plaintiff has been making payments to that Court on that civil action number. Plaintiff's payments to the Middle District of Florida relate to that case, not the case that was transferred to the Middle District of Florida by this Court docketed at M.D. Fl. Civ. No. 15-0539.[1] Furthermore, this Court has confirmed with the Middle District of

---

[1] This Court has also attached the case inquiry report from the case (D.N.J. Civ. No. 15-6357) that plaintiff filed in this district to show the payments plaintiff has made so far on the filing fee in this case.

2

Florida Clerk's Office that it has not received any payments from plaintiff for the case that was transferred to that district from this Court in M.D. Fl. Civ. No. 15-0539.

Plaintiff's fundamental premise that he is being charged two filing fees for the same case is incorrect. He is not entitled to mandamus relief.

## IV. CONCLUSION

For the foregoing reasons, plaintiff's motion for writ of mandamus (Dkt. No. 11) is denied. An appropriate order will be entered.

DATED: 10 - 24 - 2016

ROBERT B. KUGLER
United States District Judge

3

10/19/2016 03:52 PM EDT

## U.S. Courts
### Case Inquiry Report
### Case Num: DFLM515CV000388;  Party Num: N/A;  Payee Code: N/A
### Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**    DFLM515CV000388    **Case Title**   POLANCO-CABRERA VS USA ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR15571 | VICTOR POLANCO-CABRERA | PCCA9942 | PLRA FILING FEE | | 190.00 | 190.00 | 0.00 |
| 001 | PAR15571 | VICTOR POLANCO-CABRERA | PCCA9942 | PLRA FILING FEE | | 60.00 | 60.00 | 0.00 |
| 001 | PAR15571 | VICTOR POLANCO-CABRERA | PCCA9942 | PLRA FILING FEE 086400 | | 100.00 | 61.58 | 38.42 |
| | | | | | | 350.00 | 311.58 | 38.42 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DFLM515CV000388;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PAR15571 | VICTOR POLANCO-CABRERA |

**Debt Type**
PLRA FILING FEE

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL | | | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 190.00 | 0.00 | N/A | 190.00 |

PLRA FILING FEE

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL | | | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 60.00 | 0.00 | N/A | 60.00 |

PLRA FILING FEE 086400

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 | | | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 61.58 | 0.00 | 0.00 | 61.58 |
| **Outstanding** | 38.42 | 0.00 | 0.00 | 38.42 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |

## U.S. Courts
### Case Inquiry Report
**Case Num: DFLM515CV000388;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Available** | 61.58 | 0.00 | N/A | 61.58 |
| **Totals** | | | | |
| | **Principal** | **Interest** | **Penalty** | **Total** |
| **Owed** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Collected** | 311.58 | 0.00 | 0.00 | 311.58 |
| **Outstanding** | 38.42 | 0.00 | 0.00 | 38.42 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 311.58 | 0.00 | N/A | 311.58 |

10/19/2016 03:53 PM EDT

## U.S. Courts
### Case Inquiry Report
### Case Num: DFLM515CV000388;  Party Num: N/A;  Payee Code: N/A
### Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT OCA006359 | | 10/23/2015 | 10/23/2015 | PR | 18.04 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006429 | | 11/10/2015 | 11/10/2015 | PR | 1.36 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006509 | | 12/09/2015 | 12/09/2015 | PR | 5.56 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006583 | | 01/11/2016 | 01/11/2016 | PR | 19.97 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006662 | | 02/08/2016 | 02/08/2016 | PR | 27.02 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006758 | | 03/07/2016 | 03/07/2016 | PR | 15.62 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006859 | | 04/08/2016 | 04/08/2016 | PR | 45.70 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA006975 | | 05/09/2016 | 05/09/2016 | PR | 28.39 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA007059 | | 06/06/2016 | 06/06/2016 | PR | 3.51 | | VICTOR POLANCO-CABRERA | O | 04 | 0869PL |
| DFLM515CV000388-001 | 2 | PLRA FILING FEE | | | | | | | | |
| CT OCA007059 | | 06/06/2016 | 06/06/2016 | PR | 28.34 | | VICTOR POLANCO-CABRERA | O | 04 | 5100PL |
| DFLM515CV000388-001 | 1 | PLRA FILING FEE | | | | | | | | |
| CT OCA007221 | | 07/12/2016 | 07/12/2016 | PR | 36.02 | | VICTOR POLANCO-CABRERA | O | 04 | 0869PL |
| DFLM515CV000388-001 | 2 | PLRA FILING FEE | | | | | | | | |
| CT OCA007304 | | 08/08/2016 | 08/08/2016 | PR | 20.18 | | VICTOR POLANCO-CABRERA | O | 04 | 0869PL |
| DFLM515CV000388-001 | 2 | PLRA FILING FEE | | | | | | | | |
| CT OCA007404 | | 09/12/2016 | 09/12/2016 | PR | 0.29 | | VICTOR POLANCO-CABRERA | O | 04 | 0869PL |
| DFLM515CV000388-001 | 2 | PLRA FILING FEE | | | | | | | | |
| CT OCA007404 | | 09/12/2016 | 09/12/2016 | PR | 27.72 | | VICTOR POLANCO-CABRERA | O | 04 | 086400 |
| DFLM515CV000388-001 | 3 | PLRA FILING FEE 086400 | | | | | | | | |
| CT OCA007497 | | 10/11/2016 | 10/11/2016 | PR | 33.86 | | VICTOR POLANCO-CABRERA | O | 04 | 086400 |
| DFLM515CV000388-001 | 3 | PLRA FILING FEE 086400 | | | | | | | | |

**U.S. Courts**
Case Inquiry Report
**Case Num: DFLM515CV000388;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

Case 1:15-cv-06357-RBK-KMW   Document 13   Filed 10/24/16   Page 9 of 12 PageID: 99

## U.S. Courts
### Case Inquiry Report
#### Case Num: DNJX115CV006357;  Party Num: N/A;  Payee Code: N/A
#### Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**   DNJX115CV006357   **Case Title**   POLANCO CABRERA V USA

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR10452 | VICTOR POLANCO CABRERA | ACCA6412 | PLRA FILING FEE | | 60.00 | 20.92 | 39.08 |
| 001 | PAR10452 | VICTOR POLANCO CABRERA | ACCA6412 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| 001 | PAR10452 | VICTOR POLANCO CABRERA | ACCA6412 | PLRA FILING FEE | | 190.00 | 190.00 | 0.00 |
| | | | | | | 350.00 | 210.92 | 139.08 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

## U.S. Courts
### Case Inquiry Report
### Case Num: DNJX115CV006357;  Party Num: N/A;  Payee Code: N/A
### Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PAR10452 | VICTOR POLANCO CABRERA |

**Debt Type**
PLRA FILING FEE

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL |  |  | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 20.92 | 0.00 | 0.00 | 20.92 |
| **Outstanding** | 39.08 | 0.00 | 0.00 | 39.08 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 20.92 | 0.00 | N/A | 20.92 |

PLRA FILING FEE 086400

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 |  |  | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL |  |  | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |

Case 1:15-cv-06357-RBK-KMW   Document 13   Filed 10/24/16   Page 11 of 12 PageID: 101

## U.S. Courts
### Case Inquiry Report
**Case Num: DNJX115CV006357;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

| | | | | |
|---|---|---|---|---|
| **Available** | 190.00 | 0.00 | N/A | 190.00 |

| **Totals** | | | | |
|---|---|---|---|---|
| | **Principal** | **Interest** | **Penalty** | **Total** |
| **Owed** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Collected** | 210.92 | 0.00 | 0.00 | 210.92 |
| **Outstanding** | 139.08 | 0.00 | 0.00 | 139.08 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 210.92 | 0.00 | N/A | 210.92 |

**U.S. Courts**
**Case Inquiry Report**
Case Num: DNJX115CV006357;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* Account Number | Debt Type Line# | Document Date Debt Type | Accomplished Date | Line Type | Payee Line# | Amount | Party/Payee Name Depository Line# J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CT CAM007419 DNJX115CV006357-001 | 3 | 12/14/2015 PLRA FILING FEE | 12/14/2015 | PR | | 15.85 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007480 DNJX115CV006357-001 | 3 | 01/11/2016 PLRA FILING FEE | 01/11/2016 | PR | | 10.76 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007565 DNJX115CV006357-001 | 3 | 02/09/2016 PLRA FILING FEE | 02/09/2016 | PR | | 18.00 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007642 DNJX115CV006357-001 | 3 | 03/08/2016 PLRA FILING FEE | 03/08/2016 | PR | | 6.14 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007720 DNJX115CV006357-001 | 3 | 04/11/2016 PLRA FILING FEE | 04/11/2016 | PR | | 36.73 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007798 DNJX115CV006357-001 | 3 | 05/09/2016 PLRA FILING FEE | 05/09/2016 | PR | | 19.70 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007855 DNJX115CV006357-001 | 3 | 06/06/2016 PLRA FILING FEE | 06/06/2016 | PR | | 22.50 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM007941 DNJX115CV006357-001 | 3 | 07/11/2016 PLRA FILING FEE | 07/11/2016 | PR | | 27.56 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM008039 DNJX115CV006357-001 | 3 | 08/10/2016 PLRA FILING FEE | 08/10/2016 | PR | | 10.80 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM008107 DNJX115CV006357-001 | 3 | 09/12/2016 PLRA FILING FEE | 09/12/2016 | PR | | 19.00 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM008180 DNJX115CV006357-001 | 3 | 10/11/2016 PLRA FILING FEE | 10/11/2016 | PR | | 2.96 | VICTOR POLANCO CABRERA | O | 04 | 5100PL |
| CT CAM008180 DNJX115CV006357-001 | 1 | 10/11/2016 PLRA FILING FEE | 10/11/2016 | PR | | 20.92 | VICTOR POLANCO CABRERA | O | 04 | 0869PL |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |